826

**Judith G. HOLDER, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 00–3231.

United States Court of Appeals,
Federal Circuit.

May 7, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**BELMONT TEXTILE MACHINERY COMPANY, Plaintiff–Cross Appellant,**

v.

**SUPERBA S.A. and American Superba, Inc., Defendants–Appellants.**

No. 01–1260, 01–1290.

United States Court of Appeals,
Federal Circuit.

May 8, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Daniel J. SLATTERY, Petitioner,**

v.

**DEPARTMENT OF LABOR,**
Respondent.

No. 01–3142.

United States Court of Appeals,
Federal Circuit.

May 8, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).